IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

IEMA LEMONS, as
Personal Administrator for the
Estate of TYSHUN L. LEMONS, Deceased,

    Plaintiff,

v.

WISCONSIN DEPARTMENT OF
CORRECTIONS; KEVIN A. CARR,
SECRETARY, WISCONSIN DEPARTMENT
OF CORRECTIONS; JARED HOY, DEPUTY
SECRETARY and RANDALL HEPP, WARDEN,
WAUPUN CORRECTIONAL in their individual
and official capacities.

Case No.: 2:24-CV-00703-JPS

---

## CERTIFICATE OF SERVICE

---

    I, Lonnie D. Story, hereby certifies that on this 6th day of October, 2024, the Certificate of Service for **"Plaintiff's Rule 26(a)(1) Initial Disclosures"** was filed using the CM/ECF Filing System, which will send notification of such filing to counsel of record.

    I further certify that on October 6, 2024, I have served a true and correct copy of the same on counsel as follows via electronic means and US Mail, postage prepaid:

Samir S. Jaber, Esq.
Brandon T. Flugaur, Esq.
Kevin L. Grzebielski, Esq.
Wisconsin Dept. of Justice
PO Box 7857
Madison, WI 53707-7857

    /s/    *Lonnie D. Story*
Lonnie D. Story, Esq. (Wis. Bar #1121459)