IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

IEMA LEMONS, as
Personal Administrator for the
Estate of TYSHUN L. LEMONS, Deceased,

      Plaintiff,

    v.                          Case No. 24-CV-703

WISCONSIN DEPARTMENT OF
CORRECTIONS; KEVIN A. CARR,
SECRETARY, WISCONSIN DEPARTMENT
OF CORRECTIONS; JARED HOY, DEPUTY
SECRETARY and RANDALL HEPP,
WARDEN, WAUPUN CORRECTIONAL in
their individual and official capacities.

      Defendants.

---

## NOTICE OF WITHDRAWAL OF COUNSEL

---

Please take notice that Assistant Attorney General Kevin L. Grzebielski formally withdraws as counsel of record for the Defendants, Wisconsin Department of Corrections, Kevin Carr, Jared Hoy, and Randall Hepp, in the above action. Please remove Assistant Attorney Grzebielski as counsel of record and withdraw him from all future electronic filing notifications through the court's CM/ECF system. Assistant Attorneys General Flugaur and Jaber will continue to represent the Defendants.

Dated: November 12, 2024

                    Respectfully submitted,

                    JOSHUA L. KAUL
                    Attorney General of Wisconsin

s/Kevin L. Grzebielski
KEVIN L. GRZEBIELSKI
Assistant Attorney General
State Bar #1098414

Attorneys for Defendants Wisconsin
Department of Corrections, Kevin Carr,
Jared Hoy, Randall Hepp

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-7234
(608) 294-2907 (Fax)
grzebielskikl@doj.state.wi.us